# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JOHAN SEBASTIAN ALZATE CALIXTO, acting on behalf of infant child, M.A.Y., <br><br>                                Petitioner, <br><br>  -against- <br><br> HADYLLE YUSUF LESMES, <br><br>                                Respondent. | Case No.: 8:17-cv-2100-T-33JSS |

## NOTICE OF FILING TRANSCRIPT AND ENGLISH TRANSLATION OF EXHIBIT #5 (VOICEMAIL RECORDING)

The Petitioner, JOHAN SEBASTIAN ALZATE CALIXTO, by and through his undersigned attorney, by and through his undersigned counsel, gives notice of filing the attached Transcript and English Translation of Exhibit #5, the "Whatsapp" voicemail recording from Respondent to Petitioner.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing to Kathleen Krak, Attorney for Respondent, on this 25th day of September, 2017.

Shanna Hourihan for
Carmen R. Gillett, Esq.    0030396
Florida Bar No. 0375446
**CARMEN R. GILLETT, PLLC**
1845 Morrill Street
Sarasota, FL 34236
Phone: (941)366-9826
Attorney for Petitioner

# Transcript and English Translation of digital audio recording.

**FILE NAME:** "whatsapp voicemail (00112298xB656E).aac"

| IN | SPEAKER | TEXT (SPANISH / ENGLISH) |
|---|---|---|
| 00:00:00.00 | UNIDENTIFIED FEMALE #1 | No tiene necesidad- pero no seamos- o sea, por favor Sebastián, no nos digamos mentiras. Eso es lo que usted quiere hacer. Por qué- porque le está remordiendo haber firmado ese permiso. Le está remordiendo que yo le dije mentiras pa que usted firmara. ¡Y ni mentiras! Porque qué, supuestamente eramos una familia feliz- entonces.<br><br>There's no need- but let's not be- in other words, please Sebastian, let's not tell each other lies. That is what you want to do. Why? Because having signed that consent is eating you up. It's eating you up that I lied for you to sign. And not even a lie!  Cause what? We were supposedly a happy family-  well then. |
| 00:00:20.21 | | {Silence} |
| 00:00:23.05 | UNIDENTIFIED FEMALE #1 | Ya parele así. Ya deje de estarse haciendo la victima. Yá. Ya no quiero que me siga escribiendo o lo voy a bloquear. Ya no más. Dejeme tranquila. Usted y yo lo unico que tenemos que hablar es acerca de Manuela. De nada más. Y ni eso. Y ni eso. Porque usted y yo no tenemos nada que hablar. Manuela está muy bien. Si usted necesita mandarle algo y se lo mandó, yá. Listo. Yo no tengo nada que hablar con usted.<br><br>Stop it already. Stop making yourself out to be the victim already. Enough. I don't want you to keep writing me anymore or I will block you. That's it, no more. Let me be. All that you and I have to talk about is Manuela. About nothing else. And not even that. And not even that. Because you and I have nothing to talk about. Manuela is very well. If you need to send her something and you sent it, that's it. Done. I have nothing to talk to you about. |
| 00:00:46.09 | | {End of audio recording.} |

{TRANSCRIPTION AND TRANSLATION OF AUDIO RECORDING – "whatsapp voicemail (00112298xB656E).aac" }

September 25, 2017

To whom it may concern,

I, Jesse Leonor, certify that being a Federally Certified Court Interpreter, I am fluent in both the English and Spanish languages, and that to the best of my abilities I have completely and accurately transcribed, to Spanish text, the audio from a digital recording file titled: "whatsapp voicemail (00112298xB656E).aac" provided to me via email. This translation is comprised of: this cover page and then a single page containing the Spanish transcription of the audio as spoken (in bold font), with the English translation appearing (in regular font) under each Spanish portion.

Please note: any text contained within braces { } on the translated document are either editorial notes provided by the translator or clarifying words added to eliminate the ambiguity of a phrase in English only when it was not ambiguous in the original utterance.

_____

Jesse Leonor

United States Certified Court Interpreter

9205 Fawn Crossing Ct

Tampa, FL 33626

(813) 494-6561