UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHAN SEBASTIAN ALZAT CALIXTO,

    Petitioner,

v.                                                      Case No: 8:17-cv-2100-T-33JSS

HADYLLE YUSUF LESMES,

    Respondent.
_____/

**ORDER**

THIS MATTER is before the Court on the Verified Petition for Return of the Child to Colombia ("Petition"). (Dkt. 6.) On September 26, 2017, the Court held an evidentiary hearing on the Petition during which, as ordered (Dkts. 9, 28), Respondent produced her passport and the passport of M.A.Y. Accordingly, the passports are **HEREBY SURRENDERED** to the Clerk of Court.

**DONE** and **ORDERED** in Tampa, Florida, on September 27, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record