

# UNITED STATES DISTRICT COURT
## Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

**Elizabeth M. Warren**
**Clerk**

**Tampa Division**
**(813) 301-5400**

JOHAN SEBASTIAN ALZAT CALIXTO

CASE NO.: 8:17-CV-2100-33-JSS

vs.

HADYLLE YUSUF LESMES

/

## NOTICE OF SURRENDERED PASSPORT OR PILOT LICENSE

U.S. Immigration & Customs Enforcement
ATTN: Paulette Culmer
2805 S.W. 145th Ave., 2nd FL
Miramar, FL 33027

**Pursuant to the Courts Order** entered on September 27, 2017 in the above case style, the Defendant Hadylle Yusuf Lesmes. passport number CC1014223495 was surrendered to the custody of the Clerk of Court on September 27, 2017. The defendant is not permitted to apply for the issuance of another during the pendency of this action.

    Defendant's date of birth:
    Defendant's place of birth:
    Country of Issuance:    Columbia

Passport or Pilot License received by Clerk from:

                          ELIZABETH M. WARREN, Clerk

                          By: *[signature]*

                          Deputy Clerk

DISTRIBUTION:
Original to Case file
Counsel/unrepresented defendant
Pre-Trial Services(if before Judgment)
Probation Office (if after Judgment)
Appropriate agency listed above

**ATTACHMENT 1**