

**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR
FAMILIAR



Prosperidad para todos

---

SOLICITUD DE REGRESO ___ O DE REGULACIÓN DE VISITAS ___
CONVENIO DE LA HAYA DEL 25 DE OCTUBRE DE 1.980 SOBRE LOS
ASPECTOS CIVILES DEL SECUESTRO INTERNACIONAL DE NIÑOS.

AUTORIDAD CENTRAL REQUERIDA

AUTORIDAD REQUIRENTE

Lugar y Fecha:

Concierne al Niño (a)

Que tendrá 16 Años El _17_ (día) _Junio_ (mes) _2029_(año)

### IDENTIFICACIÓN DEL NIÑO Y PADRES

NOTA: LOS ESPACIOS SIGUIENTES DEBERÁN SER LLENADAS DE LA MANERA MÁS COMPLETA POSIBLE.

### NOMBRE DEL (DE LA) NIÑO(A)

NIÑO(A)

APELLIDO Y NOMBRES DE PILA
M███  A███  Y███

FECHA Y LUGAR DE NACIMIENTO
17 de Junio de 2012 - Bogotá D.C.

RESIDENCIA HABITUAL ANTES DEL SECUESTRO
Colombia - Bogotá D.C  Cll 75 B # 94 A 03

PASAPORTE O TARJETA DE IDENTIDAD No. (SI LO HUBIERE)

SEÑALES PARTICULARES Y FOTO EVENTUAL (VÉANSE ANEXOS)

---

Sede de la Dirección General
Avenida carrera 68 No. 64c - 75, PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co





EXHIBIT 1e





**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR FAMILIAR

| MADRE |
|---|
| APELLIDO Y NOMBRES DE PILA |
| Yusuf Lesmes Hadylle. |
| FECHA Y LUGAR DE NACIMIENTO |
| ▓▓▓▓▓▓▓▓▓▓▓ - Bogotá D.C. |
| PROFESIÓN. |
| Atención a primera infancia. |
| RESIDENCIA HABITUAL |
| 207 San Casciano LN Bradenton Florida EE.UU. |
| PASAPORTE O TARJETA DE IDENTIDAD No (SI LO HUBIERE) |
|   |

| PADRE |
|---|
| APELLIDO Y NOMBRES DE PILA |
| Alzate Calixto Johan Sebastián. |
| FECHA Y LUGAR DE NACIMIENTO |
| ▓▓▓▓▓▓▓▓ 1986 - Anserma (Caldas). |
| PROFESIÓN |
| Taxista |
| RESIDENCIA HABITUAL |
| Cll 75 B # 94 A 03 - Bogotá D.C. |
| PASAPORTE O TARJETA DE IDENTIDAD No. (SI LO HUBIERE) |
| ▓▓▓▓▓▓. |
| FECHA Y LUGAR DEL MATRIMONIO |
|   |

| ESTADO CIVIL DE LOS PADRES |
|---|
| SOLTEROS___ CASADOS___ DIVORCIADOS___ UNIÓN LIBRE _X_ OTRO___ |

| PERSONA O INSTITUCIÓN QUE EJERCIA LA GUARDA EFECTIVAMENTE ANTES DEL SECUESTRO |
|---|
| Johan Sebastián Alzate Calixto. |

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co







**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR FAMILIAR



| | |
|---|---|
| APELLIDO Y NOMBRES DE PILA | Alzate Calixto Johan Sebastián. |
| NACIONALIDAD (SI FUERE PERSONA FÍSICA) | Colombiano |
| PROFESIÓN (SI FUERE PERSONA FÍSICA) | Taxista. |
| DIRECCIÓN (SI LA HUBIERE) | Cll 75 B # 94 A 03 |
| RELACIÓN CON EL (LA) NIÑO (A) | Padre |
| NOMBRE Y DIRECCIÓN DEL CONSEJERO LEGAL (SI LO HUBIERE) | |
| LUGAR DONDE DEBERÍA HALLARSE EL (LA) NIÑO (A) | Colombia - Bogotá D.C. |

### DATOS RELATIVOS A LA PERSONA DE QUIEN SE ALEGA QUE HA SECUESTRADO O RETENIDO AL NIÑO

| | |
|---|---|
| APELLIDO Y NOMBRES DE PILA | Yusuf Lesmes Hadylle |
| PROFESIÓN | Atención a la primera infancia. |
| ÚLTIMA RESIDENCIA CONOCIDA | 207 San Casciano LN Bradenton Florida EE.UU |
| NACIONALIDAD, SI FUERE CONOCIDA | Colombiana |
| PASAPORTE O TARJETA DE IDENTIDAD NO. (SI LO HUBIERE) | |
| SEÑALES PARTICULARES Y EVENTUALMENTE FOTO (VÉANSE ANEXOS) | |
| DIRECCIÓN DEL (DE LA) | |

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co








**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

| OTRAS PERSONAS SUSCEPTIBLES DE DAR OTROS DATOS QUE PERMITAN HALLAR AL NIÑO (A) |
|---|
| Samir Kayed Yusuf Pinzón. |
| **MOMENTO, LUGAR Y CIRCUNSTANCIAS DEL TRASLADO O DEL NO REGRESO ILÍCITOS.** |
| Por decisión propia de la mamá |
| **MOTIVOS RELATIVOS A HECHOS O MOTIVOS LEGALES QUE JUSTIFICAN LA SOLICITUD.** |
| Incumplimiento por parte de la madre de la menor M▮ A▮ Y▮ en la autorización, permiso de salida del país, y su regreso, previsto para Noviembre de 2016, el cual no se dió. |
| **ACTUACIONES CIVILES EN CURSO** |
| Ninguna. |
| **ACTUACIONES PENALES EN CURSO** |
| Ninguna |
| |

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co







**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR FAMILIAR



| EL (LA) NIÑO (A) DEBERÁ SER ENTREGADO A |
|---|
| APELLIDO Y NOMBRE DEL PILA<br>Alzate Calixto Johan Sebastián. |
| FECHA Y LUGAR DE NACIMIENTO<br>███████  1986 - Anserma (Caldas). |
| DIRECCIÓN<br>Cll 75 B # 94 A 03. |
| TELÉFONO<br>314 5602413. |
| |
| OTRAS OBSERVACIONES |
| |
| LISTA DE LOS DOCUMENTOS PRESENTADOS |
| 1- REGISTRO CIVIL DE NIÑO (A) |
| 2- REGISTRO CIVIL DEL PADRE Y MADRE |
| 3- DOCUMENTOS DE IDENTIDAD DEL PADRE Y MADRE |
| 4- FOTOGRAFÍAS DE NIÑO (A) Y DEL PADRE O DE LA MADRE. |
| 5- DOCUMENTOS DE CUSTODIA |
| 6- DOCUMENTOS SOBRE RESIDENCIA HABITUAL, CERTIFICADOS ESCOLARES, DE SALUD, ETC. |
| 5- OTROS DOCUMENTOS QUE SOPORTEN LA SOLICITUD. |

Sede de la Dirección General
Avenida carrera 68 No. 64c - 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co








**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR FAMILIAR



| | |
|---|---|
| FECHA | 13/01/2017 |
| LUGAR | Colombia - bogota  CARRERA 68 #64c-75 |
| FIRMA DEL SOLICITANTE | _[signature]_ |
| C.C. No. | ███████ (Risaralda) |
| Celular | 3145602913 |
| Teléfono | |
| Correo Electrónico | mundobbcrece@hotmail.es |
| | mundobbcrece@_____ |

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co







**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR FAMILIAR



---

| RETURN APPLICATION___   ACCESS APPLICATION___ ||
|---|---|
| **HAGUE CONVENTION OF OCTOBER, 1980 ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION** ||
| REQUESTED CENTRAL AUTHORITY | APPLICANT CENTRAL AUTHORITY INSTITUTO COLOMBIANO DE BIENESTAR FAMILIAR  Avda. Cra 68 No. 64-C-75 |
| CONCERNING THE CHILD  WHO WILL REACH THE AGE OF 16 YEARS OLD ON | |

**CHILD IDENTIFICATION**

| CHILD'S NAME (LAST NAME, NAME) ||
|---|---|
| A▇ Y▇ M▇ ||
| PLACE AND DATE OF BIRTH: ||
| Bogotá D.C June 17, 2012 ||
| ADDRESS (BEFORE REMOVAL) ||
| Street 75 b # 94 A 03 Bogotá D.C. ||
| PASSPORT No. | COUNTRY Colombia |
| I. D Card No. | NATIONALITY Colombian |
| HEIGHT | WEIGTH |
| VISIBLE MARKS ||
| HAIR COLOR  Dark brown | EYES COLOR  Black |
| **FATHER IDENTIFICATION** ||

---

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co

  




**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR FAMILIAR

Prosperidad

| | |
|---|---|
| NAME (LAST NAME, NAME) | Alzate Calixto Johan Sebastian |
| PLACE AND DATE OF BIRTH | Anserma, Caldas          1986 |
| IDENTIFICATION | Citizenship card    C.E. No. |
| Citizenship Card X   Alien Card ___   Passport ___ | |
| No. 1.059.784.031 issued | Risaralda, Caldas |
| NATIONALITY | Colombian |
| OCCUPATION | Cabbie |
| PRESENT ADDRESS | Street 75 B #94 to 03 |
| Telephone No. | 3145602913 |
| PRESENT COUNTRY OF RESIDENCE | Colombia |

**MOTHER IDENTIFICATION**

| | |
|---|---|
| NAME (LAST NAME, NAME) | Yusuf Losmes Hadylle |
| PLACE AND DATE OF BIRTH | Bogota D.C.          1941 |
| IDENTIFICATION | Citizenship card |
| Citizenship Card X   Alien Card ___   Passport ___ | |
| No. ___ issued | Bogota, DC |
| NATIONALITY | Colombian |
| OCCUPATION | preschool assistant |
| PRESENT ADDRESS | 207 San Casciano LN Bradenton FL EE.UU |
| Telephone No. | 4079209382 |
| PRESENT COUNTRY OF RESIDENCE | EE UU United States of America |

**MARITAL STATUS OF THE PARENTS**

SINGLE. X ..MARRIED........DIVORCED ...COHABITATION.....OTHER

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co







**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

**BIENESTAR FAMILIAR**



| PERSON WITH THE CUSTODY AND PERSONAL CARE OF THE CHILD ||
|---|---|
| FATHER........MOTHER.......OTHER.....ACCREDITING DOCUMENT....... No ||
| APPLICANT DATA ||
| NAME (LAST NAME, NAME) Alzate Calixto Johan Sebastian | ACCUPATION Cobble |
| NATIONALITY Colombian | |
| PRESENT ADDRESS Street 75B #94 to 03 | IDENTIFICATION Citizenship Card. X. Alien Card........ |
| TELEPHONE No. 3145602913 | Passport No.......... Issued i Risaralda, Caldas. |
| COUNTRY OF PRESENT RESIDENCE: Colombia - Bogotá DC | RELATIONSHIP WITH THE CHILD Father |
| DATA ON THE PERSON WHO SUPPOSEDLY REMOVED AND RETAINED THE CHILD BY FORCE ||
| NAME (LAST NAME, NAME) Yusuf Lesmes Hadylle | KNOWN BY OTHER NAME: |
| PLACE AND DATE OF BIRTH Bogotá D.C, ▮▮▮ 1991 | NATIONALITY Colombian |
| OCCUPATION, NAME AND ADDRESS Preschool assistant 3710 N Lockwood Ridge Rd, Sarasota, FL 34234, EE.UU | HEIGTH WEIGTH |
| COLOR OF HAIR Dark brown COLOR OF EYES Brown | VISIBLE MARKS |

Sede de la Dirección General
Avenida carrera 68 No. 64c - 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co







**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

BIENESTAR FAMILIAR



| POSSIBLE ADDRESS OF THE MINOR AND OF THE PERSON RETAINING THE CHILD |
|---|
| 207 San Casciano LN Bradenton FL |

| OTHER PERSONS WITH ADDITIONAL INFORMATION REGARDING LOCATION OF CHILD NO |
|---|
| S___ K___ y___ P___   Telephone= 407 797-0496 |

| DATE, PLACE AND CIRCUMSTANCES OF THE FORCED REMOVAL OR RETENTION |
|---|
| By desicion of the mother |

| LEGAL PROCEEDINGS UNDER WAY |
|---|
| Any. |

| THE CHILD MUST BE RETURNED TO: |
|---|
| NAME: (LAST NAME, NAME) Alzate Calixto Johan Sebastian |
| PLACE AND DATE OF BIRTH Anserma, Caldas. April 11, 1986. |
| IDENTIFICATION CITIZENSHIP CARD.X..ALIEN CAR.....PASSPORT No...... ISSUED IN ███████ Risaralda Caldas. |
| ADDRESS |
| Street 75 B # 94 to 03. Bogotá DC. |

| PROPOSED ARRANGEMENTS FOR THE RETURN TRIP OF THE CHILD |
|---|
| Any |

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co







**República de Colombia**
**Departamento Administrativo para la Prosperidad Social**
**Instituto Colombiano de Bienestar Familiar**
Cecilia de la Fuente de Lleras
**Dirección de Protección**
**Subdirección de Adopciones**

**BIENESTAR FAMILIAR**



| |
|---|
| OTHER REMARKS |
| **ATTACHED DOCUMENTS** |
| DIVORCE JUDGMENT___GUARDIANSHIP ___JUDMENT OF DEPRIVATION OR CESSATION OF THE PATERNAL AUTHORITY____ |
| 1-CIVIL RECORD OF BIRTH OF THE CHILD_ |
| 2-CIVIL RECORD OF BIRTH OF THE MOTHER____ |
| 3-CIVIL RECORD OF BIRTH OF THE FATHER_ |
| 4-CHILD PHOTOGRAPH_ |
| 5- FATHER'S PHOTOGRAPH_ |
| 6- MOTHER'S PHOTOGRAPH____ |
| ALL DOCUMENTS TRANSLATED TO ENGLISH____FRENCH____ |
| OTHER DOCUMENTS |
| NUMBER OF PAGES_____ SIGNATURE OF THE APPLICANT:          PLACE AND DATE: |

Sede de la Dirección General
Avenida carrera 68 No. 64c – 75. PBX: 437 76 30
Línea gratuita nacional ICBF 01 8000 91 8080
www.icbf.gov.co



