**Transcript and English Translation of digital audio recording.**

**FILE NAME:** "2017-09-28-AUDIO-00000134.aac"

| IN | SPEAKER | TEXT (SPANISH / ENGLISH) |
|---|---|---|
| 00:00:00.00 | UNIDENTIFIED FEMALE #1 | {shriek} Hola, hola! Ay Dios mio! Nos vamos a ver yá, por fin! {shriek} Tengo unos nervios. Tengo una ansiedad de verlos. De abrazarlos. De tocarte. {shriek} |
| | | {shriek} Hello, hello! Oh my God! We're finally going to see each other already! {shriek} I am so nervous. I am so anxious to see you {plural *}... to hug you {plural *}... to touch you {singular}. {shriek} |
| 00:00:15.15 | | {End of audio recording.} |

{* Translator's note: object is plural but does not specify as to "you two", "you three", "you all", etc}