Transcript and English Translation of digital audio recording.

FILE NAME:   "2017-09-28-AUDIO-00000136.aac"

| IN | SPEAKER | TEXT (SPANISH / ENGLISH) |
|---|---|---|
| 00:00:00.00 | UNIDENTIFIED FEMALE #1 | Ay mi corazon, ya salí a trabajar. Ya estoy laborando. Te amo mucho.<br><br>Oh my love, I already left to go work. I am already working. I love you a lot. |
| 00:00:06.22 | | {End of audio recording.} |

EXHIBIT 6L