Transcript and English Translation of digital audio recording.

FILE NAME: "2017-09-28-AUDIO-00000138.aac"

| IN | SPEAKER | TEXT (SPANISH / ENGLISH) |
|---|---|---|
| 00:00:00.00 | UNIDENTIFIED FEMALE #1 | **Mi amor hermoso, buenos dias! Como amaneces? Mi pedacito-** <br><br> Good morning, my beautiful love! How are you this morning? My sweet- |
| 00:00:05.16 | | {End of audio recording.} |

EXHIBIT 6m