UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHAN SEBASTIAN ALZAT CALIXTO,

    Petitioner,
v.                               Case No. 8:17-cv-2100-T-33JSS

HADYLLE YUSUF LESMES,

    Respondent.
_____/

### ORDER

This matter is before the Court on consideration of the Order of the United States Court of Appeals for the Eleventh Circuit, issued on November 30, 2018, remanding the case to this Court for additional factual findings. (Doc. # 67). This Court held a status conference on December 4, 2018, and after hearing from the parties, determined that it is appropriate to refer the matter to the Honorable Julie S. Sneed, United States Magistrate Judge, for the issuance of a supplemental report and recommendation.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such issues. For purposes of judicial economy and in order to expedite the disposition of this proceeding, the Court shall so refer the aforementioned matter. In addition, as discussed at the December 4, 2018,

status conference, the Court determines that the period of time for lodging objections and for responding to such objections should be truncated to seven days in an effort to provide the Eleventh Circuit with the required factual findings as quickly as possible.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This matter is referred to the Honorable Julie S. Sneed, United States Magistrate Judge, for the issuance of a supplemental report and recommendation, including any hearings, motions, and deadlines related thereto.

(2) In the instance that any party objects to the supplemental report and recommendation, that party must object within seven days of the issuance of the supplemental report and recommendation. Likewise, the period of time for responding to objections is shortened to seven days from the filing of the objection.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of December, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE